UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

ChiroChicago Chiropractic & Sports Injury
Center, Ltd.

                    Plaintiff,

v.                                   Case No.: 1:15−cv−07493
                                   Honorable Robert W.
                                   Gettleman

Marcoah Group USA, LLC, et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 9, 2015:

       MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to FRCP 41(a)(1)(A)(i), plaintiff voluntarily dismisses its individual claims against defendant Marcoah with prejudice and without costs; voluntarily dismisses its class claims against defendant Marcoah 2/o0 prejudice and without costs; and voluntarily dismisses its claims against John Does 1−10 without prejudice and without costs. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.